**Order entered March 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00027-CV

**LAZARUS IROH, ET AL., Appellants**

**V.**

**EMMANUEL IGWE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07596-D**

## ORDER

The Court has before it appellants' March 1, 2013 motion for extension of time to file brief. The Court **GRANTS** the motion in part and **ORDERS** appellants to file their brief by April 3, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE